# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　Plaintiff, )<br>v. )<br>MARKEL STRONG, )<br>　　　Defendant. ) | Case No. 2:24-cr-20128-SHL |

**ORDER DIRECTING DEFENDANT TO RESPOND TO GOVERNMENT'S MOTION IN LIMINE**

Before the Court is the Government's Motion in Limine to Exclude Evidence and Argument Related to the Legality of the January 2022 Traffic Stop and an Officer's Affiliation with the Scorpion Unit, filed July 25, 2025. (ECF No. 98.) Defendant's deadline to respond was July 30 at 4:00 p.m. (See ECF No. 97 at PageID 583.) To date, Defendant has not responded. If he wishes to do so, he is **ORDERED** to file his response today, August 1, by 5:00 p.m. Otherwise, the Court will grant the motion.

**IT IS SO ORDERED,** this 1st day of August, 2025.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE